UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Pow! Entertainment, LLC
                          Plaintiff,

v.                                              Case No.: 1:20–cv–01093
                                                    Honorable Matthew F. Kennelly

rewoix, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant filed a motion for default judgment against "the defendants identified in first amended schedule A," which number over 270. The Court entered an order stating, "Plaintiff is directed to file, by 7/7/2020, a further statement in support of its motion for default judgment identifying which defendants will remain in the case (i.e. will not be defaulted) if the motion for default judgment is granted." Plaintiff did not do this. Instead it filed a new (or refiled its old) motion for default judgment against "the defendants identified in first amended schedule A." Both motions are denied, without prejudice, due to plaintiff's noncompliance with the Court's order. If plaintiff chooses to refile its motion for default judgment, it must file, separately, a statement identifying which defendants will remain in the case (i.e. will not be defaulted) if the motion for default judgment is granted. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.